[No. 34110-7-II.  Division Two.  June 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD E. HENDERLING, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-01253-8, John P. Wulle, J., entered April 22, 2005. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 34127-1-II.  Division Two.  June 26, 2007.]

ASHLEE J. JOHNSON, *Respondent*, v. THOMAS JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-2-02275-5, James E. Warme, J., entered November 9, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 34321-5-II.  Division Two.  June 26, 2007.]

KITSAP COUNTY DEPUTY SHERIFF'S GUILD ET AL., *Appellants*, v. KITSAP COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-14643-2, John A. McCarthy, J., entered December 15, 2005. *Reversed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Quinn-Brintnall, JJ. Now published at 140 Wn. App. 516.

[No. 34494-7-II.  Division Two.  June 26, 2007.]

EDDIE OHMS ET AL., *Appellants*, v. KPS HEALTH PLANS, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-2-01118-3, Leonard W. Costello, J., entered February 16, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Penoyar, JJ.